Tracy DeWitt (TD 1323)
SHAIN, SCHAFFER & RAFANELLO, P.C.
Suite 105, 150 Morristown Road
Bernardsville, New Jersey 07924
(908) 953-9300
Attorneys for Defendant, EMC Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 13 |
| Arnulfo Trujillo | Case No: 09-27765 |
| | Adv. Case No: 09-02385(NLW) |
| Arnulfo Trujillo, | |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| EMC Mortgage Corporation, | |
| Defendant. | |

The matter in difference in the above entitled action having been amicably adjusted by and between the Plaintiff, Arnulfo Trujillo, and Defendant, EMC Mortgage Corporation, it is hereby stipulated and agreed that the Adversary Proceeding filed herein be and the same is hereby dismissed with prejudice and without costs against either party.

LAW OFFICE OF SHMUEL KLEIN, P.C.        SHAIN, SCHAFFER & RAFANELLO,
P.C.
Attorneys for Plaintiff                 Attorneys for Defendants

By: _____             By: _____
   Shmuel Klein, Esq.                       Tracy L. DeWitt, Esq.

Dated: June 10, 2010

Tracy DeWitt (TD 1323)
**SHAIN, SCHAFFER & RAFANELLO, P.C.**
**Suite 105, 150 Morristown Road**
**Bernardsville, New Jersey 07924**
**(908) 953-9300**
**Attorneys for Defendant, EMC Mortgage Corporation**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 13 |
| Arnulfo Trujillo | Case No: 09-27765 |
| | Adv. Case No: 09-02385(NLW) |
| Arnulfo Trujillo, | |
| Plaintiff, | |
| v. | |
| EMC Mortgage Corporation, | |
| Defendant. | |

### CERTIFICATION AS TO GENUINENESS OF FACSIMILE SIGNATURE

The undersigned, an Attorney at Law of the State of New Jersey, certifies pursuant to the *November 19, 2004, General Order* that:

(i) The facsimile signature of Shmuel Klein on the Stipulation of Dismissal filed herewith has been acknowledged by him to be genuine;

(ii) The original document was executed in completed form prior to facsimile transmission;

(iii)   The Dismissal with an original signature affixed to it will be obtained by me within seven business days after the certification with the facsimile signature was electronically filed with the court;

(iv)   The Dismissal containing the original signature will be maintained in paper form by me for a period of not less than seven years from the date of closure of the case in which the certification was filed; and

(v)   Upon request of the Court or a party the original document will be provided.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 11, 2010

/s/ Tracy L DeWitt
Tracy L DeWitt